**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-1100**

———————

RICHARD W. MADDEN, SR.; LORI M. MADDEN;
TIERA R. MADDEN; AMANDA K. MADDEN,

                                 Plaintiffs - Appellants,

     versus

JESSICA L. STEWART; GERRI ANN DAVIS; HONEA
PATH POLICE DEPARTMENT; JIMMY KING,

                                 Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Anderson. R. Bryan Harwell, District Judge.
(CA-03-3458-27-8)

———————

Submitted: May 27, 2005           Decided: June 14, 2005

———————

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Richard W. Madden, Sr., Lori M. Madden, Tiera R. Madden, Amanda K.
Madden, Appellants Pro Se. James Victor McDade, John Michael
O'Rourke, DOYLE, O'ROURKE, TATE & MCDADE, PA, Anderson, South
Carolina, for Appellees Honea Path Police Department and Jimmy
King.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard W. Madden, Sr., Lori M. Madden, Tiera R. Madden, and Amanda K. Madden appeal the district court's order adopting the recommendations of the magistrate judge and dismissing their action under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Madden v. Stewart, No. CA-03-3458-27-8 (D.S.C. Dec. 22, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED